**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JACQUELINE LOPEZ,

                Plaintiff,                  20 **CIVIL** 7912 (MKV)(SDA)

      -against-                            **JUDGMENT**

KILOLO KIJAKAZI, Commissioner of Social Security,
                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 21, 2022, the Court having reviewed the thorough report of Magistrate Judge Aaron and having conducted de novo review of the portions to which the Commissioner objected, agrees with Magistrate Judge Aaron's recommendation except with respect to the portion recommending remand on the grounds of the subsequent favorable decision. The Report is ADOPTED in part, and the case is remanded for further proceedings before the Social Security Administration.

**Dated:**  New York, New York
          March 22, 2022

                                                              **RUBY J. KRAJICK**
                                                              **Clerk of Court**
                              **BY:**      *K. Mango*
                                                                 **Deputy Clerk**