```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/06/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jacqueline Lopez,

                Plaintiff,

-against-

Martin J. O'Malley, Commissioner of Social Security,[1]

                Defendant.

20-cv-07912 (MKV) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge.**

    On April 17, 2024, Plaintiff Jacqueline Lopez filed a motion for attorneys' fees pursuant to 42 U.S.C. § 406(b). (*See* Pl.'s Notice of Mot., ECF No. 35.) Pursuant to Local Civil Rule 6.1(b) of the Southern District of New York, Defendant Commissioner of Social Security (the "Commissioner") was due to file opposition papers by May 1, 2024. The Commissioner did not do so. The Commissioner shall file his opposition papers, if any, no later than May 15, 2024. Plaintiff shall file her reply, if any, no later than May 22, 2024.

**SO ORDERED.**

DATED:    New York, New York
               May 6, 2024

_____
STEWART D. AARON
United States Magistrate Judge

---

[1] On December 20, 2023, Martin J. O'Malley became the Commissioner of Social Security, succeeding Acting Commissioner Kilolo Kijakazi. Accordingly, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court has substituted Martin J. O'Malley in the caption in place of Andrew Saul. No further action need be taken to continue this suit. *See* 42 U.S.C. § 405(g).